**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Eugene R. Chesick, | : | Bankruptcy Case No. 20-20382-JAD |
| Debtor. | : | Chapter 13 |
| Eugene R. Chesick, | : | |
| | : | Document No.: 26 |
| Movant, | : | |
| | : | Related to Document No.: 25 |
| v. | : | |
| | : | Related to Claim No.: 3-1 |
| The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kristen Belko, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on May 4, 2020, on the parties listed below.

Carrington Mortgage Services, LLC
P.O. Box 3489
Anaheim, CA 92803

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Julian Cotton
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  May 4, 2020

/s/ Kristen Belko
Kristen Belko, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kbelko@thompsonattorney.com