*FILING FEE PAID* Yes ~~No~~

FILED
06/24/2020
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Chesick, Eugene    (JAD)/TPA/CMB/GLT

Case Number: 20-20382

Date of Meeting: 6/22/20    Recording #_____

Debtor(s) present ✓ or Not Present ___ ( ___ No Payments Made or ___ partial payments)

Attorney for debtor(s) Thompson, Brian (Present ✓ or Not Present ___)

Date of Plan at § 341: 2/28/20    Applicable commitment period ✓ 3 yrs ___ 5 yrs

Held open for Debtor Counsel to verify social security number
2018 &
2019
unfiled

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
On 9/10/20 at 11:00 am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee