# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No.: 20-20382-JAD |
| Eugene R. Chesick, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | Document No. |
| Eugene R. Chesick, ) | |
| ) | Related Document No: 39 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify a copy of the Debtor's Statement About Your Social Security Number Amendment and Declaration Re: Electronic Filing Amendment were served by First Class U.S. mail postage prepaid and/or electronic correspondence on December 10, 2020 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated: <u>December 10, 2020</u>

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com