**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| EUGENE R. CHESICK | Case No.:20-20382 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2020 and confirmed on 06/29/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 584.07 | |
|    Trustee Fee | 137.30 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 721.37 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 6417 | 0.00 | 1,278.63 | 0.00 | 1,278.63 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 6417 | 15,010.84 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>Acct: 1A56 | 1,341.54 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>Acct: 1A56 | 73.66 | 0.00 | 0.00 | 0.00 |
| | | | | 1,278.63 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EUGENE R. CHESICK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 3,250.00 | 584.07 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0121 | 2,000.00 | 0.00 | 0.00 | 0.00 |

| 20-20382 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
    THOMPSON LAW GROUP PC     3,000.00     0.00     0.00     0.00
       Acct:

                          \* \* \* N O N E \* \* \*

Unsecured
    BERNSTEIN-BURKLEY PC     0.00     0.00     0.00     0.00
       Acct:
    KML LAW GROUP PC*     0.00     0.00     0.00     0.00
       Acct:
    OFFICE OF US ATTORNEY     0.00     0.00     0.00     0.00
       Acct:
    LVNV FUNDING LLC     427.23     0.00     0.00     0.00
       Acct: 4136
    LVNV FUNDING LLC     648.71     0.00     0.00     0.00
       Acct: 9832

                          \* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS     1,278.63

   TOTAL CLAIMED
   PRIORITY     2,000.00
   SECURED     16,426.04
   UNSECURED     1.075.94

Date: 03/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com